```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
    ERNESTO RODRIGUEZ,                                :
                                                      :
                            Plaintiff,                :    16 Civ. 744 (KPF)
                                                      :
                    v.                                :    ORDER
                                                      :
    NYPD OFFICER ALEJANDRO RIVAS,                     :
    Shield No. 7139, NYPD OFFICER FELIX               :
    ACOSTA, Shield No. 11482,                         :
                                                      :
                            Defendants.               :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 21, 2018

KATHERINE POLK FAILLA, District Judge:

The Court understands that the parties' settlement discussions have been unsuccessful. Accordingly, the parties are directed to file a joint letter no later than June 29, 2018, setting forth their availability for trial in late 2018.

SO ORDERED.

Dated:    June 21, 2018
          New York, New York

                                             _____
                                                  KATHERINE POLK FAILLA
                                                  United States District Judge